1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CAMERON L. DESMOND
   AARON D. PENNEKAMP
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

9                       IN THE UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,                CASE NO. 2:21-MJ-00075-6-DB

13                 Plaintiff,                FINDINGS AND ORDER EXTENDING TIME FOR
                                             PRELIMINARY HEARING PURSUANT TO RULE
14          v.                               5.1(d) AND EXCLUDING TIME

15  JASON TOLBERT,                           DATE: June 4, 2021
                                             TIME: 2:00 p.m.
16                 Defendant.                COURT: Hon. Kendall J. Newman

17

18      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 2, 2021. The

20  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27  ////

28

FINDINGS AND ORDER                                    1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 10, 2021, at 2:00 p.m.

2. The time between June 4, 2021, and June 10, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 2, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE