TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:  (916) 444-6000
Facsimile:  (916) 930-6093
Email:       tashachalfant@gmail.com

Attorney for Defendant
JASON TOLBERT

UNITED STATES OF DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00104 TLN |
|---|---|
| Plaintiff, | |
| | **STIPULATION AND ORDER [PROPOSED] RE: TEMPORARY RELEASE FROM CUSTODY TO ATTEND FUNERAL PURSUANT TO 18 U.S.C. § 3142(i)** |
| JASON TOLBERT, | |
| Defendant. | |

     Mr. Tolbert, through his counsel of record, and Assistant United States Attorney Cameron Desmond, hereby stipulate that this Court grant Mr. Tolbert temporary release pursuant to 18 U.S.C. § 3142(i) on Saturday, April 30, 2022 from 10:30 a.m. to 6:30 p.m. to attend the funeral service at Elevate Life Church, the burial at Sacramento Memorial Lawn and the repast Garcia Bend Park, 7654 Pocket Road, Sacramento, California 95831.

     Mr. Tolbert's 18-year-old son, Jaylen Tolbert, was shot and killed while at a graduation house party on April 9, 2022.  Mr. Tolbert was very close with his son who had

just turned 18-years-old one week prior to his death. The day Mr. Tolbert learned of his death, he mailed a handwritten letter to the Court requesting his release. Dkt. 160. Mr. Tolbert does not wish to pursue that request for compassionate release after discussing the matter with counsel. However, this request is submitted instead for his temporary release in order to attend events for his son's tragic death. There are numerous funeral related events Mr. Tolbert wants to attend. Specifically:

- The funeral service on Saturday, April 30, 2022, at 12:00 p.m. at Elevate Life Church, 4333 Florin Road, Sacramento, California 95823;

- The burial on Saturday, April 30, 2022, at 2:45 p.m. at Sacramento Memorial Lawn, 6100 Stockton Blvd., Sacramento, California 95824; and,

- The repast at Garcia Bend Park, 7654 Pocket Road, Sacramento, California 95831.

Jeffrey J. Wells, CJA defense investigator (license number 16994), confirmed that he is able to meet Mr. Tolbert in the Sacramento Main Jail lobby at 10:30 a.m. and return him to the same location by 6:30 p.m. While on temporary release, Mr. Tolbert will remain in the care, custody and control, and within eyesight of Mr. Wells.

Mr. Tolbert will abide by all laws, and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

Mr. Tolbert will not meet with any other people during his temporary release other than being with Mr. Wells and in the presence of those at the service and reception.

All involved parties shall abide by the Center for Disease Control and Prevention's recommended COVID-19 precautions, including social distancing and the use of face masks.

The CJA defense investigator will contact Pretrial Services and the United States Marshals immediately at the phone numbers provided to him by defense counsel should any issue arise during the release period.

Mr. Tolbert is requesting to be temporarily released from custody at the Sacramento Main Jail so that he can attend these funeral events for his son, Jaylen Tolbert. Specifically, the request is that he be temporarily released on Saturday, April 30, 2022, at 10:30 a.m., to the custody of CJA Investigator Jeffrey J. Wells, and return to the Sacramento County Main Jail no later than 6:30 p.m. He would travel from Sacramento Main Jail directly to the service at Elevate Life Church in Sacramento, the burial at Sacramento Memorial Lawn at 2:45 p.m., the repast at Garcia Bend Park immediately following and then return to the jail.[1] There would be no other stops than as needed for the restroom and Mr. Tolbert to change clothes to the appropriate funeral attire.

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Mr. Tolbert, through their attorneys, that Mr. Tolbert may be temporarily released from custody as set forth below to attend the funeral events of Jaylen Tolbert, on Saturday, April 30, 2022, in the third-party custody of CJA Investigator Jeffrey J. Wells.

---

[1] Per online map/navigation data, it is 30.8 miles round trip for all the events. From the Sacramento Main Jail to the Elevate Life Church is 8.9 miles, then to the Sacramento Memorial Lawn is 2.9 miles, then to Garcia Bend Park is 8.5 miles and then back to the Sacramento Main Jail is 10.4 miles. Total estimated driving time is 57 minutes.

The parties agree that the Court may order Mr. Tolbert temporarily released at 10:30 a.m. on Saturday, April 30, 2022, with instructions that he return to the jail by 6:30 p.m. the same day. The Court shall direct the United States Marshals Service to coordinate Mr. Tolbert's release and surrender with the jail as they see fit, within the time frame permitted above. Mr. Tolbert will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before April 30, 2022.

Respectfully submitted,

Date: April 25, 2022

*/s/Tasha Paris Chalfant*
TASHA PARIS CHALFANT
Attorney for Defendant
JASON TOLBERT

Date: April 25, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/Tasha Paris Chalfant for*
CAMERON DESMOND
Assistant United States Attorney

# O R D E R

Pursuant to 18 U.S.C. § 3142(i), Jason Tolbert, is ordered temporarily released from custody at 10:30 a.m. on Saturday, April 30, 2022, to CJA Investigator Jeffrey J. Wells, and Jason Tolbert is further ordered to surrender himself to the Sacramento Main Jail by 6:30 p.m. that day.  The United States Marshals Service is directed to make necessary arrangements with Sacramento Main Jail for Mr. Tolbert's release and surrender.  Upon temporary release, Mr. Tolbert shall remain with the third-party custodian, CJA Investigator Jeffrey J. Wells at all times.  CJA Investigator Jeffrey J. Wells shall return Mr. Tolbert to the Sacramento County Jail by 6:30 p.m. on Saturday, April 30, 2022.  CJA Investigator Jeffrey J. Wells is ORDERED to notify the government and Pretrial Services immediately if Mr. Tolbert is non-compliant with the conditions of his release.

Mr. Tolbert is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release.  All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: April 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE