**FILED**

April 27, 2022

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON TOLBERT,<br><br>Defendant. | Case No.  2:21-cr-00104-TLN<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JASON TOLBERT ,

Case No.  2:21-cr-00104-TLN  Charge 21 USC § 846, 841(a)(1) , from custody for

the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other): ____ The defendant is ordered released on

04/30/2022 at 10:30 AM to the custody of CJA

X    Investigator Jeffrey J. Wells. Defendant is ordered to

surrender himself to the Sacramento Main Jail by 6:30

_____    PM on 04/30/2022.

Issued at Sacramento, California on April 27, 2022, at 8:30 AM.


By:    _____

Magistrate Judge Allison Claire